ANTHONY PEREZ, Respondent, v. THIRD AVENUE TRANSIT CORPORATION, Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

DELMAN, INC., Appellant, v. A. G. SPALDING & BROS., INC., Defendant, and E. I. DU PONT DE NEMOURS & Co., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-respondent to answer within ten days after service of a copy of the order, with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

LUCILLE JEFFERSON et al., Appellants, v. DIEGO GUARASCIO, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

LUCILLE JEFFERSON et al., Appellants, v. DIEGO GUARASCIO, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

LOUIS FISCH, Respondent, v. PILSNER BOTTLING Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

MARION H. WELLS, Formerly MARION H. HOLLISTER, Judgment-Creditor-Respondent, v. PAUL M. HOLLISTER, Judgment-Debtor-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

BEN CAPTAN, as Administrator of the Estate of MELVIN CAPTAN, Deceased, Respondent, v. ASSOCIATED TRANSPORT, INC., Appellant.— Order appealed from modified so that the defendant will only be required to particularize concerning such claims of contributory negligence as it intends to assert in addition to those it may be able to develop on the cross-examination of plaintiff's witnesses (*Murrain* v. *Wilson Line, Inc.*, 266 App. Div. 179). Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Glennon and Wasservogel, JJ., dissent and vote to affirm. Settle order on notice.

HARRY D. WATTS et al., Individually and as Voting Trustees of Common Stock of JAMES STEWART & Co., INC., et al., Appellants, v. GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ALEXANDER M. STEWART, Deceased, Defendant, and ALEXANDRA S. PLANKINTON et al., as Executors of JAMES C. STEWART, Deceased, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

AKTIESELSKABET DAMPSKIBSSELSKABET VESTERHAVET v. W. A. KIRK & Co., INC., et al.; REPUBLIC OF CHILE, Appearing Specially.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 840.]

CHESTERFIELD TEXTILE CORP. v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 827.]

In the Matter of the Application of FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al., for the Judicial Settlement of the Account of Proceedings of Said GERTRUDE V. WHITNEY et al., as Executors of ALICE G. VANDERBILT, Deceased, and the Application of Said Executors of the Deceased Executors for an Apportionment of Death Taxes on Property over which the Decedent, ALICE G. VANDERBILT, Exercised a Power of Appoint-